ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email:          ariel.stern@akerman.com
Email:          brett.coombs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>                              Plaintiff, <br><br> v. <br><br> LADERA PARK HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br>                              Defendants. | Case No.:    2:16-cv-00394-APG-GWF <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>                              Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A.; CHESTER GUEVARA, an individual; and GABRIELLE M. GAERLAN, an individual, <br><br>                              Counterdefendants. | |

Plaintiff and counterdefendant Bank of America, N.A., (**BANA**), by and through its counsel of record, AKERMAN LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP.  BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

{39372156;1}

AKERMAN LLP will continue to represent BANA and requests that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 7th day of September, 2016.

**AKERMAN LLP**

/s/ Brett M. Coombs
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Brett M. Coombs, Esq.
Nevada bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 8, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 7th day of September, 2016, and pursuant to FRCP 5, I caused to be served via the CM-ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, to the following:

Sean L. Johnson, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada  89148
Email: sanderson@leachjohnson.com

*Attorney for Ladera Homeowners' Association*

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email:  diana@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

Christopher V. Yergensen
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada
Email: chris@nas-inc.com

*Attorney for Nevada Association Services, Inc.*

                                     */s/ Josephine Washenko*
                                     An employee of AKERMAN LLP