DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff and Counter-Defendant
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> LADERA PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A.; CHESTER GUEVARA, an individual; and GABRIELLE M. GAERLAN, an individual, <br><br> Counterdefendants. | Case No.: 2:16-cv-00394-APG-GWF <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

. . .

. . .

1

47346820;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/counter-defendant Bank of America, N.A. (**BANA**), by and through its counsel of record, Akerman LLP, hereby provides notice that Jesse Ransom, Esq., is no longer associated with the firm of Akerman LLP. BANA requests that Mr. Ransom be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent BANA and requests that Darren T. Brenner, Esq. and Jared M. Sechrist, Esq. receive all future notices.

DATED this 21st day of December, 2018.

**AKERMAN LLP**

*/s/ Jared M. Sechrist, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-26-18

2

47346820;1