# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Bank of America, N.A., | **DEFAULT** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 2:16-cv-00394-APG-EJY |
| Ladera Homeowner's Association et. al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of defendant/cross-claimant SFR Investments Pool 1, LLC and against cross-defendants Gabrielle M. Gaerlan and Chester Guevara.

| | |
|---|---|
| 11/20/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |